KERR CORPORATION,
Plaintiff–Appellant,

v.

WESTSIDE RESOURCES, INC.,
Defendant–Appellee.

No. 2008–1046.

United States Court of Appeals,
Federal Circuit.

April 9, 2008.

David R. Cross, Quarles & Brady, LLP, of Milwaukee, Wisconsin, argued for plaintiff-appellant. With him on the brief was Johanna M. Wilbert.

W. David Shenk, of Whyte Hirschboeck Dudek S.C., of Madison, Wisconsin, argued for defendant-appellee. With him on the brief were Eugenia G. Carter and Anthony J. Sievert.

Before MAYER, LOURIE and SCHALL, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.